No. 97–1716. RUSSELL v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–1722. COMPUWARE CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 97–1727. BISCOE v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–1736. FLIBOTTE v. PENNSYLVANIA TRUCK LINES, INC. C. A. 1st Cir. Certiorari denied.

No. 97–6032. WASHINGTON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 97–7395. POWELL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–7404. BROWN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 97–7782. ANTONIO JIMENEZ v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–7817. PRATT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–7821. HUTCHINS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–7946. VIRAY v. BENEFICIAL CALIFORNIA, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7959. LEWIS v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 97–8150. BYERS v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 97–8174. COLLINS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 97–8178. AMRINE v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.